UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVSION

SANDRA ORRICO,

    Plaintiff,

                                             CASE NO.:  8:16-CV-01501-EAK-TGW

v.

OCWEN LOAN SERVICING, LLC
                                         /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Sandra Orrico, and Defendant, Ocwen Loan Servicing, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of January, 2017

| | |
|---|---|
| /s/ Jared M. Lee | /s/ *Edrei G. Swanson* |
| Jared M. Lee, Esquire | Abigail M. Lyle |
| Florida Bar No.:  0052284 | Florida Bar No. 41384 |
| Morgan & Morgan, Tampa, P.A. | Edrei G. Swanson |
| 20 N. Orange Avenue, Suite 1600 | Florida Bar No. 102875 |
| Orlando, FL 32801 | HUNTON & WILLIAMS LLP |
| Tele:  (407) 420-1414 | 1111 Brickell Avenue, Suite 2500 |
| Fax:   (407) 245-3485 | Miami, Florida 33131 |
| JLee@ ForThePeople.com | Telephone: (305) 810-2500 |
| MHoilett@ForThePeople.com | Facsimile: (305) 810-1610 |
| *Counsel for Plaintiff* | Email: ALyle@Hunton.com |
| | Email: ESwanson@Hunton.com |
| | *Counsel for Defendant* |